Rufus McKAY, as Owner of The Coal Boat HELDERBERG, Appellant, v. The CITY OF NEW YORK, Appellee.

No. 439.

Circuit Court of Appeals, Second Circuit.
June 27, 1933.

William F. Purdy, of New York City (Frank C. Mason, of New York City, of counsel), for appellant.

Arthur J. W. Hilly, Corp. Counsel, of New York City (Charles J. Carroll, of Brooklyn, N. Y., and John T. Condon, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.

---

In the Matter of the Petition of MANHATTAN LIGHTERAGE CORPORATION, as Owner of The Lighter LIBERTY, for Exoneration from, or Limitation of, Liability. Nils Tollefsen, Claimant-Appellant, Manhattan Lighterage Corporation, Petitioner-Appellee.

No. 386.

Circuit Court of Appeals, Second Circuit.
May 1, 1933.

Stephen A. Machcinski, of New York City (Edward J. McCrossin and William F. Purdy, both of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Lawson R. Jones and Edward Ash, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

---

Norma A. MARTIN, Appellant, v. ROYAL MAIL STEAM PACKET COMPANY, Appellee, and Bermuda Transportation Company, Ltd., Defendant.

No. 433.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

Sidney J. Feltenstein, of New York City, for appellant.

Burlingham, Veeder, Fearey, Clark & Hupper, of New York City (Morton L. Fearey and Norman M. Barron, both of New York City, of counsel) for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed on the authority of Gooch v. Oregon Short Line R. R., 258 U. S. 22, 42 S. Ct. 192, 66 L. Ed. 443, and Hessler v. North German Lloyd (C. C. A.) 55 F.(2d) 927.

---

MORAN TOWING & TRANSPORTATION COMPANY, Inc., Appellant, v. SEABOARD SAND & GRAVEL CORPORATION, Appellee; Petrillo Brothers, Inc., Appellee.

No. 390.

Circuit Court of Appeals, Second Circuit.
May 8, 1933.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellant.

John R. Stewart, of New York City, for Seaboard Sand & Gravel Corporation.

Patrick J. Dobson, of New York City, for Petrillo Bros., Inc.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decree affirmed.